UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:22-cr-00970-RBH-1

Patricia Goold

## PLEA

The Defendant, **Patricia Goold**, having withdrawn her plea of Not Guilty entered December 6, 2022, pleads **GUILTY to Count(s)** One Of The Indictment after arraignment in open court.

_Patricia Goold_
(Signed) Defendant

**Florence, South Carolina**
**April 7, 2023**